Matter of Persbacker (2025 NY Slip Op 05563)

Matter of Persbacker

2025 NY Slip Op 05563

Decided on October 9, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 9, 2025

PM-227-25

[*1]In the Matter of Sharon Marie Persbacker, an Attorney. (Attorney Registration No. 2529675)

Calendar Date:September 29, 2025

Before:Clark, J.P., Pritzker, Lynch, Powers and Mackey, JJ.

Sharon Marie Persbacker, Utica, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.

Sharon Marie Persbacker was admitted to practice by this Court in 1993 and lists a business address in Utica, New York with the Office of Court Administration. Persbacker now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Persbacker's application.

Upon reading Persbacker's affidavit sworn to August 12, 2025, and filed August 15, 2025, and upon reading the September 24, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Persbacker is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.

Clark, J.P., Pritzker, Lynch, Powers and Mackey, JJ., concur.

ORDERED that Sharon Marie Persbacker's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further

ORDERED that Sharon Marie Persbacker's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Sharon Marie Persbacker is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Persbacker is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that Sharon Marie Persbacker shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.